# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

161257

ASHLEY GRANADOS-MORENO,
      Plaintiff-Appellee,

v

ROBERT FACCA,
      Defendant-Appellant,

and

MEDICAL CONSULTANTS NETWORK, LLC,
      Defendant.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 161257
COA: 346598
Macomb CC: 2017-004313-NO

On order of the Court, the application for leave to appeal the March 3, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



a0120

Clerk